1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9  UNITED STATES OF AMERICA,

10         Plaintiff,                              Case No. CR04-5430 FDB

11     v.                                          USCA Case No. 05-30187

12  COLLIE BABBS, JR.,                             ORDER GRANTING MOTION FOR
                                                   TRIAL TRANSCRIPTS
13         Defendant.

14

15         Before the Court is the motion of Defendant Collie Babbs, Jr., for copies of transcripts of

16  trial proceedings held on September 15, 2004 and December 10, 2004, without payment.  The Court

17  finds that the motion should be granted.

18         ACCORDINGLY,

19         IT IS ORDERED:

20         (1)      Defendant's motion for trial transcripts (Dkt.#30) is **GRANTED**.

21         DATED this  19th  day of May, 2005.

22
23
24                                                 _____
                                                   FRANKLIN D. BURGESS
25                                                 UNITED STATES DISTRICT JUDGE

26  ORDER - 1